United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES,<br><br>          Plaintiff,<br><br>     v.<br><br>SAN JALISCO, et al.,<br><br>          Defendants. | Case No.: 4:13-cv-3650-KAW<br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT |

Plaintiff Craig Yates commenced this action on August 6, 2013. According to the scheduling order entered in this case, the last day for Plaintiff to file his notice of need for mediation was December 31, 2013. As of the date of this order, Plaintiff has not done so. Nor has Plaintiff moved for administrative relief from that requirement.

The last filing in this case, entered on October 8, 2013, was a stipulation extending the time for the defendants to respond to the complaint. The parties agreed to November 8, 2013 as the extended deadline. The parties also indicated that they were in the process of trying to negotiate a settlement in this case. Accordingly, the parties shall submit a joint status report within 14 days of this order. In the joint status report, the parties shall describe their progress on any settlement negotiations and indicate the date by which they anticipate filing a Notice of Need for Mediation or moving for administrative relief from that requirement. As the defendants have not filed a responsive pleading in this case, the parties shall also indicate whether they will file a stipulation further

//

//

1 extending the deadline for filing a responsive pleading.  Plaintiff shall serve a copy of this order on
2 the defendants.
3     IT IS SO ORDERED.
4 DATE:  January 6, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge