# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>       Plaintiff,<br><br>   v.<br><br>SAN JALISCO, et al.,<br><br>       Defendants. | Case No.: 4:13-cv-3650-KAW<br><br>ORDER REQUIRING PARTIES TO FILE A JOINT STATUS REPORT |

Plaintiff Craig Yates commenced this action on August 6, 2013. (Compl., Dkt. No. 1.) On April 22, 2014, the parties filed their fifth stipulation to extend time for Defendants to respond to Plaintiff's complaint. (Stipulation, Dkt. No. 15.) Pursuant to that stipulation, Defendants were to file their answer to the complaint by no later than May 9, 2014. *(Id.)* The Court approved the stipulation on April 23, 2014. (Order, Dkt. No. 16.) Since that time, nothing has been filed in this case.

Accordingly, the parties shall submit a joint status report within 14 days of this order. In their joint status report, the parties shall indicate their progress on this case and whether they anticipate filing a sixth stipulation extending the answer deadline.

IT IS SO ORDERED.

DATE: June 12, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge