**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN JALISCO, et al.,<br><br>　　　　Defendants. | Case No.: 4:13-cv-3650-KAW<br><br>ORDER REQUIRING PARTIES TO FILE A JOINT STATUS REPORT |

　　Plaintiff Craig Yates commenced this action on August 6, 2013.  (Compl., Dkt. No. 1.)  In the parties' last status report, filed on June 27, 2014, the parties indicated that they were in the process of drafting a settlement agreement.  (Joint Status Report at 2, Dkt. 16.)  They also stated that they expected the agreement to be signed that next week.  *(Id.)*

　　As of the filing of this order, nothing has been filed in this case.  Accordingly, the parties shall submit a joint status report within 14 days of this order.

　　IT IS SO ORDERED.

DATE:  January 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge