# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN JALISCO, et al.,<br><br>    Defendants. | Case No.: 4:13-cv-3650-KAW<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Plaintiff Craig Yates commenced this action on August 6, 2013. (Compl., Dkt. No. 1.) In the parties' last status report, filed on June 27, 2014, the parties indicated that they were in the process of drafting a settlement agreement. (Joint Status Report at 2, Dkt. 16.) They also stated that they expected the agreement to be signed that next week. *(Id.)*

Because, as of January 23, 2015, nothing had been filed in this case, the Court ordered the parties submit a joint status report. The parties did not file the required joint status report, which was due on February 6, 2015. On March 12, 2015, the Court issued another order. In that order, the Court warned the parties that if they did not file either (1) a joint status report or (2) a stipulation of dismissal within 14 days, the Court would dismiss this case and direct the Clerk to close the file in this matter. As of the filing of this order, the parties have not filed anything in this case. Their last filing occurred on June 27, 2014.

///

///

///

1  Accordingly, this action is dismissed with prejudice.

2  The Clerk shall close the file.

3  IT IS SO ORDERED.

4  DATE:  04/06/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge